# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOHN LEE CRAIG,    *
                   *
    Plaintiff,     *
vs.                *
                   *    No.  3:12CV00076-JJV
CAROLYN W. COLVIN, *
Acting Commissioner, *
Social Security Administration *
                   *
    Defendant.

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Plaintiff's counsel requests $3,888.00, representing 21.6 attorney hours at $180 an hour.  The Commissioner responded and objects to the fees requested.  The Commissioner believes counsel should be awarded $165 an hour and explains in her Response how she comes to that conclusion.  However, the Court is perplexed why the Commissioner objects to $180 an hour in *this* case when the Commissioner routinely considers an hourly rate of $181 to be "reasonable."  *See e.g.*, *Davis v. Astrue*, 2:12-CV-00121; *Collins v. Astrue*, 1:09-CV-00026; *Alley v. Astrue*, 3:10-CV-00265; *Ford v. Astrue*, 3:11-CV-00002; *George v. Astrue*, 2:10-CV-00204; *Propes v. Astrue*, 3:11-CV-00049.

Therefore, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees in the amount of  $3,888.00 (21.6 attorney hours at $180.00).

2. The award of EAJA fees shall be paid in accordance with *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay Plaintiff's attorney this amount.

IT IS SO ORDERED this 6th day of August, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE